# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132738

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SABINA LYNN CALKINS,
      Defendant-Appellant.

SC: 132738
COA: 273376
Oakland CC: 05-205563-FC

_____/

On order of the Court, the application for leave to appeal the November 2, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

p0319